UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DOUGLAS KRUSE,<br><br>    Petitioner,<br><br>    v.<br><br>BARBARA MADSEN,<br><br>    Respondent. | No. 2:14-cv-2393 KJN P<br><br><br>ORDER |

        Petitioner is proceeding without counsel, and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
2 form used by this district.
3 Dated:  October 24, 2014

5 /krus2393.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE